842

No. 79–2035. ALLEN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 79–2036. FARRI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–2037. MISSOURI v. NATIONAL ORGANIZATION FOR WOMEN, INC. C. A. 8th Cir. Certiorari denied.

No. 79–2038. KIMBROUGH v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–2039. CASASSA v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 79–2042. BRONSTEIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–2043. WIGGINESS, INC., ET AL. v. FRUCHTMAN, COMMISSIONER, DEPARTMENT OF BUILDINGS OF NEW YORK CITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–2046. DAZET v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 79–2047. SIMMONS v. IOWA ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 79–2048. DYKSTRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–2050. CHROME PLATE, INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–2052. SMITH v. GEORGIA. Ct. App. Ga. Certiorari denied.